```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
--------------------------------x
In re:                                          Chapter 13
                                                Case No. 11-21621
     Liliana Brocuglio,
                                                NOTICE OF APPEARANCE
                                                AND DEMAND FOR SERVICE
                                                OF PAPERS

                    Debtor(s).
--------------------------------x
```

**PLEASE TAKE NOTICE**, that Deutsche Bank National Trust Company, as Trustee for the Registered Holders of Morgan Stanley ABS Capital I INC. Trust 2007-HE5 Mortgage Pass-Through Certificates, Series 2007-HE5 ("Deutsche Bank National Trust Company as Trustee"), appears herein by their counsel, LEOPOLD & ASSOCIATES, PLLC and demands, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 102(1) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

```
              LEOPOLD & ASSOCIATES, PLLC
 Attorneys for Deutsche Bank National Trust Company as Trustee
          80 Business Park Drive, Suite 301
               Armonk, New York 10504
                   (914)219-5787
```

**PLEASE TAKE NOTICE**, that pursuant to the foregoing provisions of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint

or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way rights or interests of Deutsche Bank National Trust Company as Trustee with respect to the Debtor's property or proceeds thereof in which the debtor may claim an interest.

Dated:    Armonk, New York
          June 30, 2011

                                  LEOPOLD & ASSOCIATES, PLLC


                                  /S/SAUL LEOPOLD_____
                                  By:  SAUL LEOPOLD
                                  Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee
                                  80 Business Park Drive, Suite 301
                                  Armonk, New York 10504
                                  (914)219-5787

To:

    **Liliana Brocuglio**
    Debtor
    222 Fairview Street
    New Britain, CT 06051

    **Suzann L. Beckett**
    Attorney for Debtor
    Beckett Law LLC
    543 Prospect Ave
    Hartford, CT 06105

    **Molly T. Whiton**
    Standing Chapter 13 Trustee
    10 Columbus Blvd.
    Hartford, CT 06106

    **U.S. Trustee**
    Office of the United States Trustee
    150 Court Street, Room 302
    New Haven, CT 06510

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
---------------------------------x
In re:                                        Chapter 13
                                              Case No. 11-21621
     Liliana Brocuglio,
                                              CERTIFICATE OF SERVICE


                 Debtor(s).
---------------------------------x

STATE OF NEW YORK       )
                        ss.:
COUNTY OF WESTCHESTER   )
```

**Saul Leopold**, an attorney duly admitted to practice law before the District Court of the State of Connecticut, respectfully affirms the following under penalties of perjury:

Deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

That on June 30, 2011, I electronically filed the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** with the Clerk of the Bankruptcy Court using the CM/ECF System which sent notification of such filing to the following:

**Suzann L. Beckett**
Attorney for Debtor
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105

**Molly T. Whiton**
Standing Chapter 13 Trustee
10 Columbus Blvd.
Hartford, CT 06106

**U.S. Trustee**
Office of the United States Trustee
150 Court Street, Room 302
New Haven, CT 06510

[CONTINUED ON NEXT PAGE]

And that on June 30, 2011, I have mailed by the United States Postal Service the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** to the following non CM/ECF participants:

**Liliana Brocuglio**
Debtor
222 Fairview Street
New Britain, CT 06051

                                                /S/SAUL LEOPOLD
                                                   SAUL LEOPOLD