Loan No. XXXXXX2034

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------X        Chapter 13
IN RE:                                                    Case # 11-21621

LILIANA BROCUGLIO aka Cecilia Heredia aka Liliana Cecilia Lozano;

    Debtor(s)                                    **REQUEST FOR NOTICE**
-------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 hereby appears in the above action, and requests that all papers in the case be served on Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: July 7, 2011
       Plainview, New York

                                            <u>/s/ Andrew Goldberg</u>
                                            Authorized agent for Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1
                                            c/o Rosicki, Rosicki & Associates, P.C.
                                            Main Office: 51 E. Bethpage Road
                                            Plainview, New York 11803
                                            Phone: 516-741-2585
                                            Fax: 516-873-7244
                                            Email: bkmail@rosicki.com

TO:

Suzann L. Beckett, Esq.
543 Prospect Ave
Hartford, CT 06105


Molly T. Whiton, Esq.
10 Columbus Blvd.
Hartford, CT 06106

UNITED STATES BANKRUPTCY COURT
DISKTRICT OF CONNECTICUT
--------------------------------------------------X            Chapter 13
IN RE:                                                          Case # 11-21621

   LILIANA BROCUGLIO aka Cecilia Heredia aka Liliana Cecilia Lozano;

     Debtor(s)                                       **AFFIDAVIT OF SERVICE**
--------------------------------------------------X
STATE OF NEW YORK)
     ss:
COUNTY OF NASSAU )
     Jennifer Albergo, being duly sworn, deposes and says:

     I am not a party to this action, am over 18 years of age and reside in Nassau County, New York.

On July 7, 2011 I served the Request for Notice and request for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Suzann L. Beckett, Esq.
543 Prospect Ave
Hartford, CT 06105

Molly T. Whiton, Esq.
10 Columbus Blvd.
Hartford, CT 06106


                       /s/ Jennifer Albergo
                       Jennifer Albergo

Sworn to before me this
July 7, 2011
/s/ Betsy P. Tarr
NOTARY PUBLIC                BETSY P. TARR
                              NOTARY PUBLIC, State of New York
                              No. 01TA6000083
                              Qualified in Nassau County
                             Commission Expires December 8, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------x
IN RE:

LILIANA BROCUGLIO aka Cecilia Heredia aka Liliana Cecilia Lozano;
          Debtor(s)

---------------------------------------------------x

**REQUEST FOR NOTICE**

ROSICKI, ROSICKI & ASSOCIATES, P.C.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803