UNITED STATES BANKRUPTCY COURT
DISTRICT OF HARTFORD

_____

IN RE:

Liliana Brocuglio                                                               CHAPTER 13
       DEBTOR                                                              CASE No: 11-21621
_____
                                                               RE: ECF No. 32

Liliana Brocuglio
       MOVANT

V

Deutsche Bank National Trust Company as Trustee for Morgan Stanley, MSAC 2007 –HE5; and
Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II
Trust Series 2010-1; and
Franklin Credit Management; and
Saxon Mortgage
       RESPONDENTS
_____

ORDER FOR THE DEBTOR'S MOTION
FOR DETERMINATION OF SECURED STATUS

After notice and a hearing on the Debtors' *Motion to Determine Status of Secured Claims,* ECF No. 32, and there being no objection thereto, and it having been represented that:

1. The fair market value of the debtor's interest in real estate located at **222 Fairview St., New Britain CT,** is determined to be $160,000.00.

2. The liens and claims on the property are as follows:

    A. A first mortgage in favor of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley, MSAC 2007 –HE5, serviced by Saxon Mortgage in the principal amount of $216,000 dated January 16, 2007 recorded in Volume 1688 Page 194-211 with an actual balance due as of the petition date in the approximate amount of $235,693.26.

    *B.* A second mortgage in favor of Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1, as serviced by Franklin Credit Management dated January 16, 2007 recorded in Volume 1688 Page 212-219 with a balance in the amount of $53,675.26

    *C.*   A judgment lien owed to Target National Bank. in the amount of $1,160.10 dated January 6, 2011 and recorded January 24, 2011 in Volume 1811 and Page 896.

    *D.*   Lien owed to City of New Britain, CT in the amount of $100.00 recorded August 3, 2011 Volume 1823 page 751-752.

ACCORDINGLY, IT IS THEREFORE ORDERED THAT:

1. For the reasons stated in the motion, and pursuant to sections 506(a) and 1322(b)(2), the extent to which the Debtors may, in their Chapter 13plan (hereinafter, the "Plan"), treat each of the above described secured claims as "secured" or "unsecured" is as follows:

    *A.*   A first mortgage in favor of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley, MSAC 2007 –HE5, serviced by Saxon Mortgage in the principal amount of $216,000 dated January 16, 2007 recorded in Volume 1688 Page 194-211 with an actual balance due as of the petition date in the amount of $235,693.26 is secured in the amount of $160,000.00. Said mortgage significantly exceeds the value of the property.

    *B.*   A second mortgage in favor of Deutsche Bank National Trust Company, as Certificate Trustee on Behalf of Bosco Credit II Trust Series 2010-1, as serviced by Franklin Credit Management dated January 16, 2007 recorded in Volume 1688 Page 212-219 with a balance in the amount of $53,675.26 is unsecured in the amount of $53,675.26.

    *C.*   A judgment lien owed to Target National Bank in the amount of $1,160.10 recorded January 24, 2011 in Volume 1811 and Page 896 is unsecured in the amount of $1,160.10.

    *D.*   Lien owed to City of New Britain, CT in the amount of $100.00 recorded August 3, 2011 Volume 1823 Page 751-752 is fully secured.

Dated: March 26, 2012                                         BY THE COURT

                                                                         Albert S. Dabrowski
                                                                    United States Bankruptcy Judge

Hearing held on 3/8/12