UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE:

| | | |
|---|---|---|
| LILIANA BROCUGLIO a/k/a CECILIA HEREDIA a/k/a LILIANA CECILIA LOZANO | : | CHAPTER 13 |
| DEBTOR | : | CASE NO. 11-21621 |

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2007-4HE ASSET-BACKED SECURITIES, SERIES 2007-4HE

|  |  |  |
|---|---|---|
| MOVANT | : | RE: ECF NO. |
| VS | | |
| LILIANA BROCUGLIO a/k/a CECILIA HEREDIA a/k/a LILIANA CECILIA LOZANO | : | |
| DEBTOR | | |
| MOLLY T. WHITON, TRUSTEE | : | MARCH 27, 2013 |
| RESPONDENTS | | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2007-4HE ASSET-BACKED SECURITIES, SERIES 2007-4HE, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above-captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

THE MOVANT

By: _____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
Federal Bar No. CT 22287

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 27th day of March, 2013.

Liliana Brocuglio
222 Fairview Street
New Britain, CT 06051
(Debtor)

Suzann L. Beckett
Beckett Law LLC
543 Prospect Ave
Hartford, CT 06105
(Debtor's Attorney)

Molly T. Whiton, Esq.
10 Columbus Boulevard
6th Floor
Hartford, CT  06106
(Trustee)

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

Date:  March 27, 2013                By:  _____
                                         Linda J. St. Pierre, Esq.
                                         Hunt Leibert Jacobson, P.C.
                                         50 Weston Street
                                         Hartford, Connecticut 06120
                                         Telephone No. (860) 808-0606
                                         Federal Bar No. CT 22287